**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS INVESTMENT, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,
Respondents,
and
CENTRAL MORTGAGE COMPANY
D/B/A CENTRAL MORTGAGE LOAN
SERVICING COMPANY, A NEVADA
LIMITED LIABILITY COMPANY;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., A
FOREIGN ENTITY; AMERICAN HOME
MORTGAGE; MTC FINANCIAL INC.
D/B/A TRUSTEE CORPS, INC., A
NEVADA QUALIFIED FOREIGN
CORPORATION; AMERICAN
SERVICING COMPANY, A FOREIGN
ENTITY; AND NATIONAL DEFAULT
SERVICING CORPORATION, A
NEVADA QUALIFIED FOREIGN
CORPORATION,
Real Parties in Interest.

No. 66146

**FILED**

SEP 02 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT
### OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a district court ruling denying a motion for a preliminary injunction.

On July 25, 2014, petitioner filed an emergency motion seeking to stay a trustee's sale scheduled for that day, pending a decision

on its petition for writ relief. In the stay motion, which this court subsequently denied, petitioner presented issues and a summary of arguments pertaining to its request for writ relief. Thus, although petitioner's only filing in this court was the July 25 emergency stay motion, it appears that the motion was intended as a combined stay motion/writ petition. In seeking writ relief, petitioner asserts that because the district court had not entered a written order denying its request for a preliminary injunction, there was no order on which to base an appeal. Petitioner thus appears to argue that given the lack of a written, appealable order, a petition for writ relief is the appropriate method to seek this court's review of the district court's oral ruling denying the preliminary injunction. Petitioner's reasoning is flawed, *see* NRAP 3A(b)(3) (providing that an order refusing to grant an injunction is substantively appealable); *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (explaining that writ relief is typically not available when the petitioner has a plain, speedy, and adequate remedy at law); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a district court's oral ruling is ineffective for any purpose), and as petitioner has an adequate remedy in the form of an appeal from any final, appealable written order, we deny the petition for writ relief.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:     Hon. Timothy C. Williams, District Judge
        Brandon L. Phillips, Attorney At Law, PLLC
        Malcolm Cisneros/Irvine CA
        Eighth District Court Clerk